```
                        United States Bankruptcy Court
                         Eastern District of California
```

In re:                                                    Case No. 17-12324-B
Paul Steven McMahan                                       Chapter 13
Lori Joann McMahan
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0972-1          User: smis              Page 1 of 1           Date Rcvd: Jan 03, 2019
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2019.
22376701       +MTGLQ Investors, L.P.,    Selene Finance,    9990 Richmond Ave #400 S,    Houston TX 77042-4546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2019 at the address(es) listed below:
NONE.                                                                                                 TOTAL: 0

2100 B (12/15)

# United States Bankruptcy Court
### Eastern District of California
www.caeb.uscourts.gov

**FILED**
01/03/2019
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**Case No.:** 17-12324

**Debtor Name(s) and Address(es)**

Paul Steven McMahan
205 Adams St.
Taft CA 93268

Lori Joann McMahan
205 Adams St.
Taft CA 93268

## NOTICE OF INTENT TO TRANSFER CLAIM

The claim(s) listed below was/were filed or deemed filed in this case under 11 U.S.C. § 1111(a) by the alleged transferor(s). On 01/03/2019, a document was filed in the Office of the Clerk as evidence of the transfer of this/these claim(s) to the transferee named below.

**Name and Address of Alleged Transferor(s):**

Claim No. 4: MTGLQ Investors, L.P., Selene Finance, 9990 Richmond Ave #400 S, Houston TX  77042

**Name and Address of Transferee:**

U.S. Bank Trust National Association
C/O SN Servicing Corp
323 5th Street
Eureka, CA 95501

**NOTICE IS HEREBY GIVEN** that the alleged transferor of this claim has twenty-one (21) days from the date of this notice to object to the transfer of the claim. If you agree with the transfer of the claim, you need to do nothing. The above-named transferee will be substituted for you in the claims register and other records of the court WITHOUT FURTHER NOTICE and will be entitled to receive any dividend/distributions which remain to be paid in this case. If, however, you disagree with the transfer of this claim, within 21 days of the date of this notice you must file with the appropriate divisional Office of the Clerk and serve upon the transferee and his/her attorney, if any, a Notice of Objection to the assignment/transfer of the claim setting forth the grounds for objection, together with a Notice of Hearing thereon with date and time filled in. Hearings are to be set at an appropriate time on a Law and Motion day in the appropriate department. Self set calendar procedures and available hearing dates are posted under Court Calendars on the Court's website (www.caeb.uscourts.gov).

Date:    01/05/19

For the Court
Wayne Blackwelder, Clerk

| Fresno Division | Sacramento Division | Modesto Division |
|---|---|---|
| 2500 Tulare Street, Suite 2501 | 501 I Street, Suite 3-200 | 1200 I Street, Suite 4 |
| Fresno, CA 93721-1328 | Sacramento, CA 95814 | Modesto, CA 95354 |
| (559) 499-5800 | (916) 930-4400 | (209) 521-5160 |